MAX WEINSTEIN, Appellant, v. HENRY KELLY IMPORTING & DISTRIBUTING CO., INC., Respondent.— Action to recover damages for breach of an alleged contract to store and deliver merchandise. Judgment entered upon the dismissal of the complaint at the close of plaintiff's case, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

## (January 21, 1944.)■

[Motion No. 59.] In the Matter of the Probate of the Will of NUNZIATA BONANNO, Deceased. JOSEPH BONANNO et al., Respondents; ANNA DE CIUCIES et al., Appellants.— Motion for reargument of appeal in *Matter of Bonanno* (*ante*, p. 782) denied, without costs, with leave to renew on the argument of the appeals herein from the order of the Surrogate's Court of Kings County made on July 20, 1942. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post*, p. 910.]

## (January 24, 1944.)

ALCESTE BERARDI, Respondent, v. BENJAMIN KRONICK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J. Hagarty, Carswell, Johnston and Adel, JJ.

CLARENCE FILLIS, Respondent, v. GEORGE W. WAHLIG et al., Copartners Doing Business Under the Name of PARK SERVICE STATION, Appellants.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 781.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Extension of Main Street, in the Borough of Queens. IRVING ROSEN et al., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 775.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Accounting of JOHN HARRIGAN, as Temporary Administrator and as Administrator with the Will Annexed of the Estate of PATRICK HARRIGAN, Deceased. ROSE TULLY et al., Appellants; NORA NEVILLE et al., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. [See *ante*, p. 775.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Estate of HOMER D. LINDGREN, Deceased. GLADYS M. LINDGREN, Appellant; SONIA JORDI, as Guardian of the Property of GLORIA S. LINDGREN, an Infant, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 775.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Estate of ELIZABETH C. G. RUSSELL, Deceased. STATE TAX COMMISSION, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of the Will and as Trustee under a Trust Agreement Dated January 3, 1928, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 266 App. Div. 1006.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.